AAMES FUNDING CORPORATION, Respondent, v LEONARD W. HOUSTON, Appellant, et al., Defendants.

Submitted May 18, 2009; decided June 25, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of FRANCIS M. ALESSANDRO, a Judge of the New York City Civil Court, Bronx County, Petitioner. STATE COMMISSION ON JUDICIAL CONDUCT, Respondent.

Submitted June 15, 2009; decided June 25, 2009

Motion to enlarge the record denied.

Chief Judge LIPPMAN taking no part.

BARBARA A. BIELLI, Respondent, v GIRARD BIELLI, Appellant.

Submitted May 11, 2009; decided June 25, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of WINFORD KENT BISHOP, an Attorney, Appellant. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Respondent.

Submitted May 26, 2009; decided June 25, 2009

Motion for reconsideration of this Court's April 7, 2009 dismissal order denied [see 12 NY3d 801 (2009)].

Chief Judge LIPPMAN taking no part.